THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.1:10cr44LG-JMR-1

SALINE HILTON

**FINAL ORDER OF FORFEITURE**

**BEFORE THE COURT** is the Government's Motion for a Final Order of Forfeiture [16]. On May 6, 2010, Defendant waived indictment and entered a guilty plea to the one-count Information filed in this case alleging a violation of Section 371, Title 18, United States Code. The Information contains a Notice of Forfeiture which put the Defendant on notice that upon conviction she would be required to forfeit to the United States any and all property which constitutes or is derived from proceeds traceable to the offense, including, but not limited to, any and all property involved in the offense in the form of a money judgment. On May 26, 2010, the Court entered an Agreed Preliminary Order of Forfeiture [13] forfeiting the Defendant's interest in a money judgment in the amount of $20,638.53. The Government's Motion for a Final Order of Forfeiture requests that the Court enter a money judgment against the Defendant in the amount of $20,638.53; the Court finds that Rule 32.2(c)(1), Federal Rules of Criminal Procedure, provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment," and that the Government's Motion is well-taken.

**IT IS ORDERED AND ADJUDGED** that the Defendant shall forfeit to the United States the sum of $20,638.53 pursuant to Section 981(a)(1)(C), Title 18, United States Code, and Section 2461, Title 28, United States Code.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and that pursuant to Rule 32.2, Federal Rules of Criminal Procedure, this Final Order of Forfeiture shall become final as to Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment; and

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e), Federal Rules of Criminal Procedure, to amend this Final Order of Forfeiture to substitute property having a value not to exceed $20,638.53 to satisfy the money judgment in whole or in part with substitute assets in accordance with Section 853(p), Title 21, United States Code; and that this Order shall be enrolled in all appropriate judgment rolls.

**SO ORDERED AND ADJUDGED** this the 20th day of August, 2010.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge